AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

2017 MAR -9 PM 3:21

RECEIVED
US MARSHALS SERVICE
DIST AZ PHOENIX

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-15-01584-PHX-JJT |
| Juana Luquin-Saucedo | ) | **SEALED** |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Juana Luquin-Saucedo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

Date: 03/09/2017

*Issuing officer's signature*

City and state: Phoenix, AZ

Julie Martinez, Courtroom Deputy
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

FILED ___ LODGED
___ RECEIVED ✓ COPY
MAR 09 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

United States v. Juana Luquin-Saucedo     Docket No.:CR-15-01584-001-PHX-JJT

**Petition to Revoke Supervised Release**  SEALED

**COMES NOW PROBATION OFFICER ASSISTANT** Sarah J. White presenting an official report on Juana Luquin-Saucedo who was committed to the Bureau of Prisons for time served on March 21, 2016 by the Honorable John J. Tuchi presiding in the District Court of Arizona. A 36-month period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on March 21, 2016.

Juana Luquin-Saucedo was convicted of Re-entry of Removed Alien, 8 U.S.C. § 1326 (a) and (b)(1), a Class C felony. Supervised release is scheduled to expire March 20, 2019.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation 1: Violation of Standard Condition 1: You shall not commit another federal, state, or local crime during the term of supervision.**

On or prior to December 31, 2016, the defendant violated 8 U.S.C. § 1326. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a **Grade B violation.** §7B1.1(a)(2)

> Evidence supporting the alleged violation consists of Immigration and Customs Enforcement correspondence confirming the defendant's deportation March 22, 2016, through San Luis, Arizona; this same Immigration and Customs Enforcement correspondence and an FBI fingerprint based arrest record verify she was found by Border Patrol in the Southern District of California without authorization on December 31, 2016.

**Allegation 2: Violation of Special Condition 1: If deported, you shall not re-enter the United States without legal authorization. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B)**

> Evidence supporting the alleged violation consists of records confirming the defendant's deportation on March 22, 2016, and records verifying she entered, attempted to enter, or was found in the United States without authorization on or prior to December 31, 2016, when she was found by Border Patrol agents in the Southern District of California.

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 2246, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant for Juana Luquin-Saucedo.

_____      March 3, 2017
Sarah J. White                                              Date
U.S. Probation Officer Assistant
Office Phone: (602) 322-7471


Reviewed by


_____      March 3, 2017
Lisa M. Miller                                               Date
Supervisory U.S. Probation Officer
Office Phone: (602) 322-7448
Cellular Phone: (602) 770-8403


## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant for Juana Luquin-Saucedo. Considered and ordered this 9th day of MARCH, 2017 and ordered filed and made a part of the records in the above case.

_____
The Honorable John J. Tuchi
U.S. District Judge

I hereby attest and certify on 3-9-17 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy

Defense:

Nora E. Núñez
2285 S. 4th Ave., Ste. 2E
Yuma, AZ 85364
928-314-1780

I hereby attest and certify on
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by ______________________ Deputy