UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JUANA LUQUIN SAUCEDO,<br><br>　　　Defendant. | ) <br>) CASE NO. MJ25-784<br>)<br>)<br>) <br>) DETENTION ORDER<br>)<br>)<br>) |

<u>Date of Detention Hearing</u>:   December 17, 2025.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　Defendant is alleged to have reentered the United States after being deported. Defendant has no ties to the District of Arizona.  She has a prior conviction for assaulting a child and entered the United States at least twice using fraudulent documents.   She has unstable

DETENTION ORDER
PAGE -1

housing and has been unemployed since 2017. Defendant has not complied with court orders in prior convictions, returning to the United States multiple times after deportation. Defendant poses a risk of flight because she has no ties to the charging District, has unstable housing, and has an alias and has a pattern of using fraudulent documents.

    2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in the District of Arizona, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

    DATED this 17th Day of December, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2